## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF PUERTO RICO

**CARMELO PEREZ ALONSO,**
Plaintiff**,**

        **v.**　　　　　　　　　　　　　　　**CASE NUMBER: 06-1173(DRD)**

**GERMAN OCASIO MORALES, et al.,**
Defendants,

### ORDER

On March 3, 2006, the Clerk of the Court, pursuant to a recusal order entered by U.S. District Judge Carmen Consuelo Cerezo, randomly reassigned civil case # 06-1035, Sanchez-Perez v. Sanchez Gonzalez, to U.S. District Judge Daniel Domínguez (Docket # 6).  In exchange, pursuant to Local Rule 3.2(b), this case (CV #06-1173) is hereby transferred in its entirety to the docket of Judge Cerezo.  This case is of the same general category, complexity, and contemporary with the case originally transferred to Judge Domínguez.

**IT IS SO ORDERED.**

In San Juan, Puerto Rico, this 7th day of March of 2006.

                                            s/ Daniel R. Dominguez
                                            **DANIEL R. DOMINGUEZ**
                                            **U.S. DISTRICT JUDGE**